## STATE OF CONNECTICUT *v.* TIMOTHY JONES

The state of Connecticut's petition for appeal from the Appellate Court, 39 Conn. App. 563 (AC 13442), is denied.

*Robert J. Scheinblum,* deputy assistant state's attorney, in support of the petition.

*Richard E. Wareing,* special public defender, in opposition.

Decided November 13, 1995

## JAMES F. BRANDT *v.* PATTI C. BRANDT

The defendant's petition for certification for appeal from the Appellate Court (AC 15005) is denied.

*C. Ian McLachlan,* in support of the petition.

*Cantin and Associates,* in opposition.

Decided November 28, 1995

## STATE OF CONNECTICUT *v.* MATTHEW MCNALLY IV

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 419 (AC 13226), is denied.

BERDON, J., dissented.

*Burton M. Weinstein,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided November 28, 1995

## STATE OF CONNECTICUT *v.* DAVID LANIER

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 478 (AC 12776), is denied.